# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| Lang Leonard <br> *Plaintiff* <br> v. <br> Howe et al <br> *Defendant* | Civil Action No. 1:23-cv-00082-CJW-MAR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment in favor of Kyle Howe and the City of Toledo.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge C.J. Williams on a motion for Summary Judgment.

Date: 1/7/2025

CLERK OF COURT

/s/KMS, Deputy Clerk

*Signature of Clerk or Deputy Clerk*