# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 25-1469
_____

Lang Leonard

Plaintiff - Appellant

v.

Kyle Howe; City of Toledo, Iowa

Defendants - Appellees

_____

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:23-cv-00082-CJW)
_____

**JUDGMENT**

Before GRUENDER, SHEPHERD, and KOBES, Circuit Judges.

The motion of appellees for dismissal of this appeal is granted. The appeal is hereby dismissed.

March 26, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Susan E. Bindler